COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                             |     |                            |
|---------------------------------------------|-----|----------------------------|
| JUAN TRIVIZO,                               | §   |                            |
|                                             | §   |                            |
| Appellant,                                  | §   |                            |
|                                             | §   | No. 08-12-00356-CV         |
| v.                                          | §   |                            |
|                                             | §   | Appeal from                |
| EL PASO ANIMAL SERVICES,                    | §   |                            |
| DR. NINA CLOUD, IN HER CAPACITY             | §   | County Court at Law No. 3  |
| AS DIRECTOR OF EL PASO ANIMAL               | §   |                            |
| SERVICES, ELLEN SMYTH, IN HER               | §   | of El Paso County, Texas   |
| CAPACITY AS DIRECTOR OF                     | §   |                            |
| EL PASO ENVIRONMENTAL                       | §   | (TC # 2012DCV06427)        |
| SERVICES, JOYCE WILSON, IN HER              | §   |                            |
| CAPACITY AS EL PASO CITY                    | §   |                            |
| MANAGER, AND THE CITY OF                    | §   |                            |
| EL PASO                                     | §   |                            |
|                                             | §   |                            |
| Appellees.                                  |     |                            |

## MEMORANDUM OPINION

Juan Trivizo is attempting to appeal a dangerous dog designation. We dismiss the appeal for want of jurisdiction.

Juan Trivizo is attempting to appeal a dangerous dog designation he received on or about November 5, 2012. Under Section 822.0421 of the Health and Safety Code, the animal control authority is required to notify an owner if it has determined after an investigation that a dog is a dangerous dog. TEX.HEALTH & SAFETY CODE ANN. § 822.0421(a)(West 2010). An owner may appeal the dangerous dog designation to a justice, county, or municipal court of competent jurisdiction not later than the 15th day after the date the owner is notified as required by Section 822.0421(a). TEX.HEALTH & SAFETY CODE ANN. § 822.0421(b). An owner may appeal the decision of the justice, county, or municipal court in the same manner as an

appeal for other cases from that court. *Id.*

Trivizo filed the notice of appeal in the County Court at Law No. 3 of El Paso County in cause number 2012DCV06427. The District Clerk forwarded the notice of appeal to this Court but the docketing certificate reflects that an appealable order or judgment has not been entered by the County Court at Law. On December 3, 2012, we notified Trivizo by letter of our intent to dismiss for want of jurisdiction because there is no appealable order or judgment and advised Trivizo that he had ten days to show grounds for continuing the appeal. Trivizo has not responded to our inquiry. Accordingly, we dismiss the appeal for want of jurisdiction.

January 16, 2013      _____
                       ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating

- 2 -